UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-04114-AS | Date | September 17, 2025 |
|---|---|---|---|
| Title | HigherUp Payroll LLC, WPS, Inc. v. The United States Small Business Administration, et al. | | |

| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| DEREK DAVIS | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR FAILING TO RESPOND TO ORDER TO SHOW CAUSE**

On May 7, 2025, Plaintiff Higherup Payroll LLC, WPS, Inc. ("Plaintiff") filed a complaint against The United States Small Business Administration and Kelly Loeffler ("Defendants"). [Doc. # 1.] On August 6, 2025, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. [Doc. # 4.] The Order noted that (1) more than ninety days had passed since Plaintiff filed the complaint; (2) Plaintiff had failed to prosecute the action, including by filing a request for Clerk to Issue Summons; and (3) Plaintiff had not served either Defendant.[1]

The Court's Order specifically warned Plaintiff that "[f]ailure to timely file a written response to this Order may result in dismissal of this action for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order. See Fed. R. Civ. P. 41(b)." Id. Plaintiff was

---

[1] Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-04114-AS | Date | September 17, 2025 |
|---|---|---|---|
| Title | HigherUp Payroll LLC, WPS, Inc. v. The United States Small Business Administration, et al. | | |

ordered to respond to the Order to Show Cause no later than August 20, 2025 (fourteen days after the date of the Order). Id.

As of the date of this Order, Plaintiff has not filed a response to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice for failure to prosecute.

**IT IS SO ORDERED.**