UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-04114-AS | Date | March 31, 2026 |
|---|---|---|---|
| Title | HigherUp Payroll LLC, WPS, Inc. v. The United States Small Business Administration, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND COMPLY WITH THE COURT'S ORDER**

On January 21, 2026, Chief District Judge Gee issued an Order granting Plaintiff's Motion to Set Aside Dismissal (Dkt. No. 6) and directing the Clerk to reopen this case. (Dkt. No. 8). Judge Gee also ordered Plaintiff to file separately the Civil Cover Sheet (CV-71), Notice of Interested Parties (CV-30), and Summons (AO 440) that were attached to Plaintiff's motion. (Dkt. No. 8 at 3). Plaintiff was required to file these documents directly onto the case docket within five days of receipt of Judge Gee's Order. (Id.). Yet, as of this date, Plaintiff still has not done so, nor has Plaintiff taken any other action in this case.

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, within fourteen days of the date of this Order, why this case should not be dismissed without prejudice for failure to prosecute, and/or for failure to obey a court order. This Order may also be discharged by filing the required documents (the Civil Cover Sheet (CV-71), Notice of Interested Parties (CV-30), and Summons (AO 440) within fourteen days of the date of this Order. Failure to timely file either the required documents or a response to this Order may result in dismissal of this action for failure to prosecute, and/or for failure to obey a court order. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

CV-90 (10/08)                                **CIVIL MINUTES - GENERAL**                                Page 1 of 1