Adam Telanoff (CSB 159761)
TELANOFF LAW
adam.telanoff@gmail.com
5301 Beethoven Street, Suite 109
Los Angeles, CA 90066

ATTORNEY FOR HIGHERUP PAYROLL LLC, WPS INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHERUP PAYROLL, LLC, WPS, INC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION; and KELLY LOEFFLER, in her official capacity as Administrator of the United States Small Business Administration,,<br><br>Defendants. | Case No: 2:25-CV-4114<br><br>DECLARATION OF ADAM TELANOFF RE: SERVICE |

I, Adam Telanoff, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am counsel of record for Plaintiffs HigherUp, LLC and WPS, Inc. in this action.

2. I am still having problems receiving documents through CM/ECF – PACER and need to check the record periodically to see what has occurred.

3. Service was attempted on the Defendants directly to the SBA, the US Attorney General, and the US Attorney's Office for the Central District of California via certified mail with a return receipt requested.

4. Service was successful as to the SBA, directly, and the US Attorney General in late July (07/27/26).

5. However, service on the Central District was not accomplished because the Summons and Complaint were sent to an old address for the US Attorney and has been received as undeliverable. Service is being re-attempted today.

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 31, 2026 at Los Angeles, California.

*/Adam Telanoff/*

Adam Telanoff,
Attorney for Plaintiffs